department, entered August 4, 1925, unanimously affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term. The action was commenced to cancel a franchise granted to plaintiff on February 20, 1913, by the city of New York, through its board of estimate and apportionment, and accepted by it; to recover stock deposited with the city as security for the performance of the terms of said franchise; and to recover $75,000 with interest, paid by plaintiff to the said city between March 9, 1913, and October 29, 1918, under the terms of said franchise, on the ground that the franchise was accepted, the stock deposited and the money paid under duress.

*George P. Nicholson, Corporation Counsel (Vincent Victory* of counsel), for appellants.

*Edward L. Blackman* and *Charles T. Russell* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, CRANE, ANDREWS and LEHMAN, JJ. Absent: POUND J. Not voting: McLAUGHLIN, J.

---

IRENE A. MEANEY, Respondent, *v.* WILLIAM P. MEANEY, Appellant.

*Duress — husband and wife — action by wife to set aside deed alleged to have been obtained by husband through undue influence and duress.*

*Meaney* v. *Meaney*, 213 App. Div. 756, affirmed.

(Argued June 1, 1926; decided July 9, 1926.)

APPEAL from a judgment entered October 30, 1925, upon an order of the Appellate Division of the Supreme Court in the first judicial department, reversing a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term, and directing judgment in favor of plaintiff. The action, wife against husband, was to set aside a deed by the terms of which plaintiff conveyed to defendant an interest in real property. It was alleged that plaintiff's signature to the deed was obtained through undue influence and coer-

cion exercised by her husband, through her fear of him and his threats to her, and through his constant pressure upon her to deed him this property.

*Orson A. Raynor* for appellant.

*Francis X. Hennessy* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, MCLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.   Absent: POUND, J.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* COSIMO BRESCIA, Appellant.

*Crimes — murder in first degree — judgment of conviction affirmed.*

(Argued June 2, 1926; decided July 9, 1926.)

APPEAL from a judgment of the Supreme Court, rendered March 12, 1926, at a Trial Term for the county of Kings, upon a verdict convicting the defendant of the crime of murder in the first degree.

*Raymond Malone* for appellant.

*Charles J. Dodd, District Attorney (James I. Cuff* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MCLAUGH-LIN, CRANE, ANDREWS and LEHMAN, JJ.

---

In the Matter of the Claim of W. C. GRATHWOHL against NASSAU POINT CLUB PROPERTIES, INC., et al., Respondents.

STATE INDUSTRIAL BOARD, Appellant.

*Workmen's compensation — master and servant — award to employee injured while cranking his own automobile in his own garage preparatory to going to work at which he used said automobile, improper.*

*Grathwohl* v. *Nassau Point Club Properties, Inc.,* 216 App. Div. 107, affirmed.

(Argued June 3, 1926; decided July 9, 1926.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered